# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1844

_____

KeOndra M. Chestang

*Plaintiff - Appellant*

v.

Missally S. Simpson, Correctional Officer, Varner SuperMax, originally named as
Simpson, then Christy Simpson; Aleeshia Quinones, Nurse, Varner SuperMax
(originally named as Aleshia Quinones); Teri Kennedy, Director of Nursing,
Varner SuperMax (originally named as Kennedy); Lesa Jones, Assistant Director
of Nursing, Varner SuperMax (originally named as Jones); Rory Griffin, Medical
Director, Arkansas Department of Correction; Humphries, Owner, Correct Care
Solutions (originally named as Humphrey); David Quillen, Sergeant, Varner
SuperMax (originally named as Quillen); Ojiugo Iko, Doctor, Varner SuperMax
(originally named as Iko)

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: May 22, 2018
Filed: May 30, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate KeOndra M. Chestang appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon de novo review of the summary judgment record, see Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review), we find no basis for overturning the district court's thoughtful analysis of his claims of deliberate indifference.[2] The judgment is affirmed. See 8th Cir. R. 47B.

—————————————————

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.

[2]The new claims Chestang mentions are not properly before this court. See Stone v. Harry, 364 F.3d 912, 914-15 (8th Cir. 2004).